IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALLEN WILLICH,

    Plaintiff,
v.	CASE NO. 5:17-cv-223-MCR-GRJ

GROVER,

    Defendant.
_____/

## **REPORT AND RECOMMENDATION**

Plaintiff, an inmate confined at Apalachee CI, initiated this case by filing a handwritten complaint in the Middle District of Florida. Because the Complaint concerns events at Apalachee CI, which is located within this District, the case was transferred to this Court. ECF No. 1, 3.

Plaintiff failed to use an approved form for prisoner complaints. Further, Plaintiff failed to either pay the civil case filing fee or file a motion for leave to proceed as a pauper with supporting documentation. The Court ordered Plaintiff to correct these deficiencies on or before October 2, 2017, and warned Plaintiff that failure to comply would result in a recommendation that this case be dismissed without further notice. As of

this date, Plaintiff has neither complied nor sought an extension of time to do so.

Accordingly, it is respectfully **RECOMMENDED** that this case should be **DISMISSED** without prejudice for failure to prosecute and failure to comply with an order of the Court.

**IN CHAMBERS** this 12th day of October 2017.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**